IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAGMATUS TELECOM, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 12-1684-RGA ) ) |
| REED ELSEVIER US HOLDINGS INC., | ) ) |
| Defendant. | ) |

**DEFENDANT REED ELSEVIER US HOLDINGS INC.'S MOTION TO STAY PENDING REEXAMINATION OF THE PATENTS-IN-SUIT**

Defendant Reed Elsevier U.S. Holdings Inc. ("Reed Elsevier") moves to stay this case pending the ex parte reexamination of U.S. Patent No. 6,311,231 (Control No. 90/012,617) and the inter partes reexamination of U.S. Patent No. 6,668,286 (Control No. 95/002,317). Reed Elsevier joins in and incorporates the arguments set forth in the briefs filed by defendants HSN, Inc. (C.A. No. 12-1546, D.I. 10) and Bosch Security Systems Inc. (C.A. No. 12-1650, D.I. 10).[1]

Plaintiff Pragmatus Telecom, LLC has alleged that Reed Elsevier, HSN, Inc. and Bosch Security Systems each "infringe directly one or more claims of" U.S. Patent Nos. 6,311,231 and 6,668,286. See D.I. 9, ¶¶ 10, 13; C.A. No. 12-1546, D.I. 1 ¶¶ 10, 13; C.A. No. 12-1650, D.I. 10 ¶¶ 10, 13.

---

[1] A motion to stay tolls the time for Reed Elsevier to respond to the Amended Complaint. *See, e.g., Intravascular Research Ltd. v. Endosonics Corp.*, 994 F. Supp. 564, 567 n.3 (D. Del. 1998) ("Historically, motions to stay have been recognized as tolling the time period for answering a complaint because pre-answer consideration of these motions have been found to maximize the effective utilization of judicial resources."); see also 5C Wright & Miller, FEDERAL PRACTICE AND PROCEDURE § 1360, 86 (3d ed. 2004).

                Respectfully submitted,

                POTTER ANDERSON & CORROON LLP

OF COUNSEL:            By:  */s/ David E. Moore*
                      Richard L. Horwitz (#2246)
Karen L. Hagberg           David E. Moore (#3983)
Craig B. Whitney            Bindu A. Palapura (#5370)
MORRISON & FOERSTER LLP  Hercules Plaza, 6th Floor
1290 Avenue of the Americas    1313 N. Market Street
New York, NY 10104        Wilmington, DE 19801
Tel: (212) 468-8000        Tel: (302) 984-6000
                      rhorwitz@potteranderson.com
                      dmoore@potteranderson.com
Dated: February 25, 2013      bpalapura@potteranderson.com
1095887 / 39946

                *Attorneys for Defendant*
                *Reed Elsevier US Holdings Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on February 25, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on February 25, 2013, the attached document was Electronically Mailed to the following person(s):

Brian E. Farnan
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, DE  19801
bfarnan@farnanlaw.com

Margaret Elizabeth Day
Ian N. Feinberg
David L. Alberty
Clayton Thompson
Marc C. Belloli
Sal Lim
Yakov Zolotorev
Feinberg Day Alberti & Thompson LLP
401 Florence Street, Suite 200
Palo Alto, CA  94301
eday@feinday.com
ifeinberg@feinday.com
dalberti@feinday.com
cthompson@feinday.com
mbelloli@feinday.com
slim@feinday.com
yzolotorev@feinday.com

By:   /s/ David E. Moore
        Richard L. Horwitz
        David E. Moore
        Bindu A. Palapura
        POTTER ANDERSON & CORROON LLP
        Tel:  (302) 984-6000
        rhorwitz@potteranderson.com
        dmoore@potteranderson.com
        bpalapura@potteranderson.com

1093770/39946